# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WAYNE KAMAKI PREISTER and | ) | Case No. 13 mj 102-LTS |
| APRIL NICOLE SALAMANCA, aka April Broderick, | ) | |
| aka April Troutman | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 2013 thru April 12, 2013__ in the county of __Woodbury__ in the __Northern__ District of __Iowa__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, U.S.C. Section 846 | Conspiracy to distribute methamphetamine |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Josh Tyler, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/12/13

_____
*Judge's signature*

City and state: Sioux City, Iowa

U.S. Magistrate Judge Leonard T. Strand
*Printed name and title*

I, Officer Josh Tyler, have been working for the Sioux City Police Department as a sworn Officer since January of 2006. I obtained and Associate of Arts Degree in Police Science and a Bachelor of Science Degree in Criminal Justice and Administrations prior to being hired. I completed the Iowa Law Academy, with honors. After completion of the department's 16 week Field Training Program, I worked as a Uniform Patrol Officer on various shift during my first few years as a patrolman. I was assigned to the Street Level Drug Unit in April of 2009. As a plain clothed officer and in an undercover capacity, I primarily worked mid to low level drug use and sales in the Sioux City, Iowa area.

During the first 6 years of employment I received on the job as well as classroom style training. Training includes, but is not limited to; Basic and Advanced Drug Recognition and Identification, Drug Interdiction Methods and Tactics, Common Trends and Methods and Movements of Controlled Substances, Basic and Advanced Interview Technics in different practices, Search and Seizure Laws and environments and conditions commonly around drug use.

I have assisted in the investigations of numerous cases involving the possession, sale, and manufacturing of methamphetamine, cocaine and marijuana. During the time of my employment, specific duties have included the covert and overt investigations of major drug traffickers and the investigation and clean-up of clandestine laboratories. I am currently assigned to the Drug Enforcement Administration Tri-State Drug Task Force in Sioux City, Iowa.

In March of 2013, Task Force Officers placed a global positioning device on a 1996 Honda Accord with Nebraska plate TCT074 that is owned by PREISTER after obtaining a warrant. While monitoring the activity of the vehicle, it was observed north bound on Interstate-29.

On 04-12-2013 at approximately 0635 hours, Deputy Todd Trobaugh stopped a 1996 Honda Accord with Nebraska plate TCT074 for tinted windows. During the stop, Deputy Trobaugh deployed his service canine to conduct a sniff of the vehicle. During a search of the vehicle 55.1grams of crystal methamphetamine, a digital scale and a 9mm, Berretta pistol with an obliterated serial number were seized from within the dash of the Honda. During post-Miranda interviews, SALAMANCA stated SALAMANCA'S methamphetamine (meth) sale has increased during the last 4-5 months to pay for her meth use. SALAMANCA admitted to selling meth in Lincoln and Omaha, Nebraska with PREISTER. SALAMANCA admitted to possessing and having knowledge the meth was in the vehicle.

PREISTER stated that PREISTER concealed the meth behind the dash with PREISTER'S pistol. PRIESTER admitted the pistol was PREISTER'S. PREISTER states PREISTER carries the pistol with PREISTER during meth deals and so that PREISTER does not get robbed. PREISTER states he shows it and tells people PREISTER will "hit 'em in the head with it" if they try to rob PREISTER and that the pistol was stolen with no serial numbers on it. PREISTER states PREISTER purchased the meth from SALAMANCA'S meth

supplier in Omaha, Nebraska and to being on the way to Sioux City, Iowa to sell the meth with SALAMANCA.

Based on the above, the undersigned believes that there is probable cause to believe that Wayne PREISTER and April SALAMANCA were involved in a Conspiracy to distribute methamphetamine, in violation of Title 21 USC, Section 846, in the Northern District of Iowa.

Josh Tyler
DEA Task Force Officer

Subscribed and sworn before me, this 12$^t$ day of April, 2013

Leonard T. Strand
United States Magistrate Judge
Northern District of Iowa